# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 OCT 20 AM 11:20

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

THOMAS JAMES WHITMARSH,

               Defendant.

CASE NO. 09CR3252-WQH

**JUDGMENT OF DISMISSAL**

BY: _____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 9, 2009

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____